THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REBEKAH L. BIEBER, | § | No. 5-16-CV-110-DAE |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | |
| BARBARA MORALES, | § | |
| | § | |
| Defendant. | § | |
| | § | |

ORDER DENYING PLAINTIFF'S APPLICATION FOR PROTECTIVE ORDER

Before the Court is Plaintiff Rebekah Bieber's Application for a Protective Order against Mrs. Barbara Morales and Mr. Charles Lewis. (Dkt. # 18.)  The motion is **DENIED**.  Ms. Bieber is advised that she should apply for a protective order in the Bexar County courthouse; if she has relocated to another county, she should apply for a protective order in the county where she now resides.  Ms. Bieber is also advised that to obtain a protective order, she must be able to show three things: (1) Mrs. Morales and Mr. Lewis have threatened to hurt her or her children; (2) she has a close relationship with Mrs. Morales and Mr. Lewis; and (3) she is afraid that Mrs. Morales and Mr. Lewis may actually hurt her or her children.

For detailed instructions on applying for a protective order, Ms. Bieber is advised to review the materials available through the Texas Attorney General's Office, available at the following website: https://texasattorneygeneral.gov/files/cvs/protectivekit_dv.pdf.  Accordingly, Ms. Bieber's Application for a Protective Order is **DENIED WITHOUT PREJUDICE** as being filed before the wrong court (Dkt. # 18).

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, April 5, 2016.

David Alan Ezra
Senior United States Distict Judge